260

336 A.2d 275
**COMMONWEALTH of Pennsylvania**
v.
**Ronald Homer WOODS.**

Supreme Court of Pennsylvania.

Argued Oct. 4, 1974.

Decided April 22, 1975.

Thomas P. Ruane, Jr., Uniontown, for petitioner.

Larry D. McDaniel, Acting Dist. Atty., Conrad B. Capuzzi, Dist. Atty., for respondent.

ORDER OF COURT

PER CURIAM.

Petition dismissed as moot.